1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  ELIZABETH KURLAN (CABN 255869)
   Assistant United States Attorney
4
           450 Golden Gate Avenue, Box 36055
5          San Francisco, California 94102-3495
           Telephone: (415) 436-7298
6          FAX: (415) 436-6748
           Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendants
8

**FILED**

Oct 05 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12 DAWUTI AYIMUNISA, et al.,

13              Plaintiffs,                    C 3:21-cv-03542 TSH

14        v.                                   **JOINT STATUS REPORT AND STIPULATION
                                               TO CONTINUE THE STAY OF
15 ALEJANDRO N. MAYORKAS, Secretary of         PROCEEDINGS;** [PROPOSED] **ORDER**
   the Department of Homeland Security, *et al.*,
16
                Defendants.
17

18

19        The parties, through their undersigned attorneys, submit this joint status report regarding Plaintiffs'

20 I-589 asylum applications.  United States Citizenship and Immigration Services adjudicated two I-589

21 applications and will adjudicate the remaining application within 7 days.

22        The parties respectfully request the Court to continue the stay of proceedings in this case for a

23 limited time, until October 11, 2021. The additional time is necessary to allow the USCIS to complete

24 adjudication of the remaining I-589 application.

25        Accordingly, the parties stipulate and request that the proceedings in this case be stayed until

26 October 11, 2021, at which time the parties will file a joint status report with the Court. At that time, the

27 parties may request a further continuance of the stay of proceedings, dismissal of the litigation if

28
   Joint Status Report and Stip
   C 3:21-cv-03542 TSH                    1

1   appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this

2   case will benefit the parties and conserve the Court's resources while the parties pursue a potential

3   administrative resolution.

4   Dated:  October 4, 2021                              Respectfully submitted,

5                                                        STEPHANIE M. HINDS
                                                         Acting United States Attorney
6

7                                                         */s/ Elizabeth D. Kurlan*
                                                         ELIZABETH D. KURLAN
8                                                        Assistant United States Attorney
                                                         Attorneys for Defendants
9

10  Dated: October 4, 2021

11                                                        */s/ Justin Wang*
                                                         JUSTIN WANG
12                                                       Attorney for Plaintiffs

13                              [~~PROPOSED~~] ORDER

14          Pursuant to stipulation, IT IS SO ORDERED.

15

16  Date:   October 5, 2021

17                                                       THOMAS S. HIXSON
                                                         United States Magistrate Judge
18

19

20

21

22

23

24

25

26

27

28